UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHOXAY SOUVANNARATH,

            Petitioner,

    v.

TONYA ANDREWS, et al.,

            Respondents.

No.  1:25-cv-01524-DAD-EFB (HC)

ORDER

      Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He has paid the filing fee.  However, the petition was not signed by petitioner.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to consider the petition unless petitioner signs and re-files the petition.

      Accordingly, petitioner is provided an opportunity to re-file the petition bearing his signature.  Failure to submit a signed amended petition will result in a recommendation that this action be dismissed.

      Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, petitioner shall re-file a *signed* petition.

Dated: November 24, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1