1 | ERIC GRANT
United States Attorney
2 | ROBERT ABENDROTH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondents
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PHOXAY SOUVANNARATH, | CASE NO. 1:25-CV-01524-DAD-EFB |
|---|---|
| Petitioner, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING OF ANSWER/RETURN |
| v. | |
| TONYA ANDREWS, PAMELA BONDI, KRISTI NOEM, AND TODD M. LYONS | |
| Respondents. | |

Respondents, by and through its attorney of record, Assistant United States Attorney Robert Abendroth, and Petitioner, Phoxay Souvannarath, both individually and by and through their counsel of record, Carolyn Mary Wiggin, hereby stipulate as follows:

1. The Petitioner filed an original pro se petition on November 10, 2025 and filed an amended pro se petition as directed by the Court on December 8, 2025. *See* Doc. Nos. 1 and 6. Among other claims for relief, the petition sought appointment of counsel, and on December 15, 2025, the Court granted appointment of counsel and appointed the Federal Defender to represent the Petitioner. *See* Doc. No. 7. The Court directed the Respondents to file their answer/return on December 29, 2025.

2. Undersigned counsel recently received assignment of this case, needs additional time to prepare an answer/return, and requests an extension of time on behalf of the Respondents within which to file an answer/return. Undersigned counsel is requesting to file its answer/return on or before January

2, 2026.

3. Undersigned consulted with counsel for the Petitioner who agreed to the extension of time requested herein. Additionally, counsel for the Petitioner asked for the government to inform Immigration and Customs Enforcement ("ICE") that the Court ordered the Petitioner to remain in the Eastern District of California while this matter is pending. The government has informed representatives at ICE as requested by counsel for the Petitioner.

4. The parties agree that good cause exists for the extension of time for the government to file its answer/return on behalf of the Respondents. Therefore, the parties request that the Court order that the Respondents file an answer/return in this matter on or before January 2, 2026.

IT IS SO STIPULATED.

Dated: December 29, 2025

ERIC GRANT
United States Attorney

/s/ *Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney
Counsel for Respondents

HEATHER WILLIAMS
Federal Defender

Dated: December 29, 2025

/s/ *Carolyn Mary Wiggin*
Carolyn Mary Wiggin
Counsel for Petitioner
Phoxay Souvannarath

ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Respondents are hereby ORDERED to file their answer/return in the above-entitled matter on or before January 2, 2026.

IT IS SO ORDERED.

Dated: December 31, 2025

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE