UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHOXAY SOUVANNARATH,

Petitioner,

v.

TONYA ANDREWS, et al.,

Respondents.

No. 1:25-cv-01524-DAD-EFB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

(Doc. No. 15)

Petitioner Phoxay Souvannarath is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed. (Doc. No. 15.) Specifically, the magistrate judge found that petitioner only sought immediate release from custody and an order limiting removal to any country apart from Laos, and that petitioner had subsequently been deported to Laos on December 16, 2025. (*Id.* at 2.) Accordingly, the magistrate judge determined that the petition had been rendered moot. (*Id.* at 3.) The pending findings and recommendations were served on the parties and contained notice that

any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above,

1. The findings and recommendations issued on February 12, 2026 (Doc. No. 15) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED as having been rendered moot by his deportation; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE